**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| JOSE GUTIERREZ and<br>ROSEMARY GUTIERREZ,<br>    Plaintiff,<br>v.<br><br>JOHN R. NELSON d/b/a COTULLA JOHN R.<br>NELSON d/b/a COTULLA<br>    Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.: 5:18-cv-185<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF INTERESTED PARTIES**

NOW COMES Jody B. Burton and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

        JOSE GUTIERREZ, Plaintiff
        ROSEMARY GUTIERREZ, Plaintiff
        Cotulla, TX


        Jody B. Burton, Esq.
        CT Bar # 422773
        LEMBERG LAW, LLC
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        Email: jburton@lemberglaw.com
        Attorneys for Plaintiffs

Dated: December 4, 2018

          Respectfully submitted,

          By: /s/ Jody B. Burton

          Jody B. Burton, Esq.
          CT Bar # 422773
          LEMBERG LAW, LLC
          43 Danbury Road, 3rd Floor
          Wilton, CT 06897
          Telephone: (203) 653-2250
          Facsimile: (203) 653-3424
          Email:jburton@lemberglaw.com
          Attorneys for Plaintiffs

2